UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,     )
                                    )
         -against-         )        25 CR 00028 (AMN)
                                      )
SHELBRA LONG,              )
                                      )
           Defendant.     )

_____

**DEFENDANT SHELBRA LONG'S SENTENCING MEMORANDUM**

LAW OFFICES OF JEFFREY LICHTMAN
441 Lexington Avenue, Ste. 504
New York, New York 10017
Ph:  (212) 581-1001
Fax: (212) 581-4999

*Attorneys for Shelbra Long*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| -against- | ) | 25 CR 00028 (AMN) |
| | ) | |
| SHELBRA LONG, | ) | |
| | ) | |
| Defendant. | ) | |

---

### DEFENDANT SHELBRA LONG'S SENTENCING MEMORANDUM

### A.    INTRODUCTION

This memorandum is submitted on behalf of defendant Shelbra Long in anticipation of her August 5, 2025 sentencing. With this submission, the defendant respectfully requests a variance from her advisory sentencing guidelines range to a non-custodial sentence, which is "sufficient, but not greater than necessary to comply with the purposes" set forth in 18 U.S.C. § 3553(a)(2) due, in part, to the "nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. § 3553(a)(1). The reasons for this request are as follows:

*First*, Ms. Long promptly admitted her guilt in this case, with counsel negotiating her guilty plea prior to any arrest. From the beginning, she did not contest that she and her children personally received $52,304 for participating in a fraudulent scheme that targeted the Department of Education ("DoE"), causing it to disburse $211,820 to schools in the names of fictitious students.

*Second*, as requested by the United States Attorney's Office and upon filling out a detailed financial disclosure form, Ms. Long made an initial payment towards her restitution on

June 9, 2025 in the amount of $16,000.  As she is employed, Ms. Long intends to continue making sizeable payments in a timely fashion to satisfy her restitution obligation and repay her debt.

*Third*, a review of the defendant's life finds that there are many good deeds and despite her very difficult childhood and the abuse that she endured, the prospects for her rehabilitation are very good.  Indeed, since 2020, Ms. Long has been legitimately employed as a respiratory therapist, working first through two "tours" during the COVID-19 Pandemic, and since 2023, full-time for DHR Health in Edinburg, Texas.  See Presentence Investigation Report ("PSR") at ¶ 103.  As the offense was committed during a period marked by her frequent unemployment and financial stress, Ms. Long's steady employment at present reduces the need for specific deterrence in this case.

**B.    THE DEFENDANT'S GUILTY PLEA
            AND RESULTING GUIDELINES RANGE**

On February 26, 2025, Ms. Long pleaded guilty pursuant to a plea agreement to Count One of a one-count Information which charged her with Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. § 1349.  See January 24, 2025 Plea Agreement ("Plea Agreement") at ¶ 1.  Ms. Long faces no statutory minimum and a maximum term of imprisonment of 20 years.  Id. at ¶ 3.

As recounted in the PSR, the guideline for a violation of 18 U.S.C. § 1349 is U.S.S.G. § 2B1.1, which sets the base offense level at 7.  U.S.S.G. § 2B1.1(a)(1); PSR at ¶ 71.  With a loss greater than $250,000, but less than $550,000, 12 levels are added (§2B1.1(b)(1)(G)), and two more levels are added as the offense involved the unauthorized procurement of a means of identification (bank account numbers).  U.S.S.G. § 2B1.1(b)(11)(C).  According to the PSR, two

levels are also added due to the defendant's managerial role in the offense.  PSR at ¶ 75; U.S.S.G. § 3B1.1(c).  With three levels subtracted for acceptance of responsibility (§3E1.1; PSR at ¶¶ 78-79) the defendant's total offense level according to the PSR is 20, carrying an advisory sentencing range in the Criminal History Category I of 33 to 41 months imprisonment.  PSR at ¶ 119.

While not binding on the Court, the sentencing stipulation between the parties in the Plea Agreement resulted in a significantly lower guidelines calculation because it did not include both the two-level enhancement for leadership (U.S.S.G. § 3B1.1(c)), or the two-level enhancement for procuring a means of identification (U.S.S.G. § 2B1.1(b)(11)).  Plea Agreement at ¶ 6.  This would have resulted in an adjusted offense level of 19, which becomes a level 16 after the three-level reduction for acceptance of responsibility.  As the defendant has no criminal history points (PSR at ¶ 85) and is only prohibited from receiving the extra two-level reduction pursuant to §4C1.1 due to Probation's aggravating role enhancement – considering the stipulations in the Plea Agreement, her total offense level would have been 14, carrying an advisory sentencing range in the Criminal History Category I of 15 to 21 months imprisonment.[1]

---

[1] The Judicial Sentencing Information ("JSIN") database provided by the Sentencing Commission indicates that there were 469 defendants from 2020-2024 with a final offense level of 14, whose primary guideline was §2B1.1, and who had a Criminal History Category of I, not including those who received downward departures for substantial assistance.  Of these 469 defendants, 78% received a sentence of imprisonment, with an average length of ten months.  See JSIN Database, https://jsin.ussc.gov/analytics/saw.dll?Dashboard (last viewed July 16, 2025).  Of course, the JSIN data does not indicate which of the 78% of defendants who received incarcerative sentences shared Ms. Long's personal history and characteristics, including her age, history of abuse – including sexual abuse – and financial circumstances.

### C.    THE DEFENDANT'S BACKGROUND
AND THE NATURE OF THE OFFENSE –
APPLICATION OF § 3553(a) FACTORS

Since the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005), the Sentencing Guidelines have been rendered advisory in nature, leaving sentences to the district court's discretion, guided by the Guidelines and the other factors contained within 18 U.S.C. § 3553(a) and bounded by any applicable statutory minimum and maximum.  This Section directs sentencing courts to "impose a sentence" that is "sufficient, but not greater than necessary, to comply with" the "need for the sentence ... to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; [and] to protect the public from further crimes of the defendant ...."  18 U.S.C. §3553(a)(1)-(2) (emphasis supplied).  In making this determination, courts are to consider "the nature and circumstances of the offense and the history and characteristics of the defendant ...."  18 U.S.C. § 3553(a)(1).  With these aims in mind, we submit the following for the Court's consideration.

#### The History and Characteristics of the Defendant

We have attached some twenty character letters in support of this submission, reflecting the significant and meaningful role that Ms. Long has played in the lives of family members, friends, former patients, and work colleagues.  It would be impossible to include a letter from every individual whom the defendant has positively influenced and equally daunting to comment on each submitted.[2]  Still, the myriad letters on which we do remark paint a consistent picture of

---

[2] Additional character letters are collected and attached to the end of this submission as Exhibit R.

a woman with a "lifelong pattern of ... care for others," (April 24, 2025 Letter of Collene

Williams, attached as Exhibit A) "who has positively impacted those close to her."  April 5, 2025

Letter of Shon Cotton, attached as Exhibit B; see also April 24, 2025 Letter of Anita Lopez,

attached as Exhibit C ("She is someone who brings compassion, skill, and humanity to every

person she encounters").  Sadly, were it not for this sentencing, many of Ms. Long's

exceptionally good deeds probably would have gone unrecognized.

     Ms. Long's Difficult Childhood and History of Abuse

     Prior to turning to the letters praising Ms. Long as a trusted friend, family member and

caregiver, an examination of her difficult childhood and abusive marriage to Joseph Baker is

warranted.  As reflected in the PSR, Ms. Long was born in Chapel Hill, North Carolina in 1966 –

her parents divorced shortly thereafter and her father, while still in his 30's, was shot and killed

during a robbery while he was gambling.  PSR at ¶ 93.  Until she was five, Ms. Long was not

raised by her mother, but instead, her grandmother, who lived in a "rural poor area of

Hillsborough, North Carolina, without indoor bathrooms," because her mother could not afford

to care for her.  PSR at ¶ 94 (emphasis supplied).  Thereafter, Ms. Long lived with cousins for a

short period in Kentucky, before moving in with her mother in the "projects" in Chapel Hill,

where she and her brother endured "both mental and physical abuse growing up ...."  Id.

     The letters appended to this submission provide more detail of Ms. Long's difficult

childhood and her caring for her siblings when their mother worked long hours.  For example,

Shirley Tate, the defendant's mother, writes: "I take fault in placing a lot of responsibilities on

her when she came to live with me around the age of five.  She has always done what I asked and

ran the household while I worked late shifts at the Cone Mill at that time."  April 20, 2025 Letter

of Shirley Tate, attached as Exhibit D.  Ms. Long's sister, Shirley DeWitt, corroborates this

account, writing in her letter:

> Growing up, I saw how Shelbra took on responsibilities well
> beyond her years, often helping care for my brother and I and
> running the household when our mother had to work late.  She
> used to babysit and wash clothes for my moms' friends
> occasionally to make a few dollars.  She learned early how to
> support others, and that spirit of service has stayed with her
> throughout her life.  Even in difficult circumstances, she chose
> compassion over bitterness.

April 20, 2025 Letter of Shirley DeWitt, attached as Exhibit E; <u>see also</u> Ltr. of Collene Williams,

Ex. A ("[W]hen we were younger, Shelbra would always cook for us even when no one had

taught her how. ... That was Shelbra stepping up and doing her best to take care of others.").

       While Ms. Long escaped the projects when she was 17 years old and moved to Georgia,

just three years later she became involved in a horrific, abusive relationship with Alfred Baker,

whom she married.  The defendant's children with Alfred Baker, Joseph and LaShainna, describe

the abuse suffered by their mother in their letters to Your Honor.  First, Joseph Baker recalls in

his letter:

> What many people don't know is that my mother is a survivor of
> abuse.  <u>My father was physically and emotionally abusive to her</u>
> <u>throughout much of my childhood</u>.  This has shaped my early life
> in ways that I still struggle to process fully.
>
> When I was about 9 years old, there was a time when my mom
> tried to escape from my dad to find safety and peace of mind.  My
> dad went around town looking for her.  He eventually found
> her at the movie theater, where he physically dragged her from a
> lounge chair and forced her back into the car against her will.
>
> On another occasion, I had forgotten my homework at home and
> returned from the bus stop to get it.  <u>When I entered the house, I</u>
> <u>saw my dad trying to force himself on my mom</u>.

6

> My mother endured years of abuse yet still managed to raise her
> children with love, patience, and strength.  She protected us to the
> best of her ability, and she persevered even when life was cruel and
> unsafe.  Her strength and grace through those painful experiences
> shaped who I am today.

June 6, 2025 Letter of Joseph Baker, attached as Exhibit F (emphasis supplied).  The defendant's

daughter corroborates these accounts and provides her recollections of the domestic abuse

suffered by Ms. Long in her letter to the Court:

> When I was just eight years old, I was at my granny's house.  I
> remember feeling really scared because everything was really quiet
> at first.  Then my dad got mad at my mom, and I didn't understand
> why.  I didn't know what was wrong, but I could tell he was really
> angry.
>
> My mom tried to get away from him because he was hitting her,
> and she ran outside really fast.  I ran behind her because I was
> scared and didn't want her to be all alone.  **Then I saw my dad
> come outside, and he pulled out a gun and pointed it at my
> mom**.  I was so scared and I didn't know what he was going to do.
>
> My mom ran into the neighbor's yard behind the trees, trying to
> hide.  My dad got into a white Jeep truck and started chasing after
> her.  He tried to run her over, and I felt like my heart was pounding
> so hard it hurt.  I just wanted everything to be okay, but I did''t
> know how to make it stop.  I was so scared and confused, and I
> didn't understand what was happening

June 6, 2025 Letter of LaShainna Baker, attached as Exhibit G (emphasis supplied).  This abuse

is also recounted in the PSR, wherein it is noted that Mr. Baker "charged and shoved" Ms. Long

while she was attempting to visit her children, and thereafter "falsely informed police that she

had assaulted him with a weapon that day."  PSR at ¶ 91.  Ms. Long was then arrested pursuant

to these false allegations as she returned to the United States from a trip abroad and was held for

days without bail.

7

<u>A Dedicated Family Member</u>

In light of the anecdotes from her siblings detailing her efforts to take care of them when they were children, it should come as little surprise that many of the submitted letters hail Ms. Long as a dedicated and helpful family member.  For example, her mother, Shirley Tate, praises: "She helped me when I was ill and never once let her responsibilities falter."  Ltr. of Shirley Tate, Ex. D.  Similarly, her step-father, Octavis, writes: "She truly cares for me.  She regularly sends herbs and supplements through the mail, trying to help me manage and heal from chronic kidney disease.  That's just the kind of person she is[,] nurturing, thoughtful, and always looking out for the well-being of others."  April 24, 2025 Letter of Octavis Tate, Jr., attached as Exhibit H.

Shirley DeWitt, Ms. Long's sister, recalls in her letter:

> Shelbra has always been someone we could count on.  She's the one who steps up when someone is sick, when there's a crisis, or when a child needs help with school.  <u>She's not just my sister.  She has been a caretaker and leader for so many.  Her life hasn't been easy, but she's always putting others ahead of herself.</u>
>
> Shelbra encouraged me to go to nursing school.  We spent many nights going back and forth about how important it is for me to learn how to assess patients and not fully rely on the respiratory therapists, because it is part of a nurse's duty to help the doctor derive at his diagnosis.

Ltr. of Shirley DeWitt, attached as Exhibit E (emphasis supplied).  And Collene Williams, Ms. Long's elder sister, adds: "Shelbra took on a leadership role within our family from a young age after moving in with my mom.  When people met our family for the first time, they were often confused about who was the oldest.  That's because Shelbra naturally stepped into leadership and care giving roles."   Ltr. of Collene Williams, Ex. A.

Joseph Baker likewise extols his mother's virtues in his letter to Your Honor:

> Throughout my life, my mother has been more than a healthcare professional. She has been my constant support, my guide, and my most outstanding example of resilience and compassion. Even during my lowest moments, when I was on the wrong path and failed a course or dropped out of college just before finishing, she never gave up on me. She stood by me with patience and love, encouraging me to get back up and find purpose again. I cannot imagine my life without her. I love her deeply and appreciate everything she has done for me.

Ltr. of Joseph Baker, Ex. F. Similarly, Ms. Long's daughter, LaShainna, praises the defendant's efforts to assist her in her letter to the Court, including becoming the primary caregiver for her son:

> My mother has been gracious enough to care for my son, O[] while I pursue my nursing degree. She has stepped into the role of caregiver with love and dedication, providing him with stability, nurturing, and the emotional foundation every child needs. As I transition into motherhood again with my newborn daughter, K[], my mother continues to assist me while gradually helping O[] acclimate to being with me more, so our family can adjust smoothly and lovingly.
>
> Her support hasn't only been emotional or physical. It has also been academic. From the very beginning of my nursing studies, she has encouraged me to strive higher, stay focused, and never settle for less. Her belief in my potential has carried me through the toughest of times, and I wouldn't be where I am without her guidance.

Ltr. of LaShainna Baker, Ex. G.

<u>A Respected Co-Worker and Caregiver</u>

In addition to the letters from family members, several of the submitted letters were submitted by Ms. Long's co-workers at the hospital where she works as a respiratory therapist, former fellow students, and family members of former patients who were recipients of her

kindness.  For example, Anita Lopez provides the following account of the care that her brother

received from Ms. Long when he was suffering from respiratory illness and tumors in his neck:

> During this incredibly difficult time, Shelbra was a source of
> knowledge, comfort, and strength not only for my brother, but for
> my sister and me as well.  She was highly knowledgeable about the
> respiratory and radiation therapy treatments he was receiving,
> and she always took the time to explain things to us in ways we
> could understand.  Her patience and professionalism stood out,
> especially as we were struggling to cope with the fact that the
> caretaker of our family was now bedridden with a terminal illness.
>
> Shelbra showed tremendous empathy, both in how she treated my
> brother and in how she supported our family through his transition.
> She was there when we couldn't accept what was happening, and
> she remained calm, kind, and respectful in every interaction.

Ltr. of Anita Lopez, Ex. C.

Similarly, Esmeralder Perez, whose father was cared for by Ms. Long recalls in her letter

to the Court: "Ms. Shelbra Long cared for my father in his final days before transferring to the

hospice division and passed away a few days later. ... In my view, Ms. Long exemplified care,

patience, and human dignity.  She listened to my father's needs, sat beside me when I was scared,

and brought peace to me in an incredibly hard time."  May 28, 2025 Letter of Esmeralder Perez,

attached as Exhibit I.  And Patty Cabrera, whose mother was hospitalized for a month, praises:

> During this period, we encountered a variety of medical staff: some
> of whom, unfortunately, seemed disengaged and lacked enthusiasm
> for patient care.  But Ms. Shelbra Long stood out.  She consistently
> showed empathy, compassion, and a deep concern not only for my
> mother as a patient. but for our family as well.
>
> I remember vividly how overwhelmed I felt, especially with our
> intensivist, whom I did not feel provided compassionate or clear
> communication.  Shelbra, on the other hand, took the time to
> explain my mother's condition and the challenges involved with
> her being on a ventilator.  She walked us through what to expect

> moving forward and even discussed possible long-term care
> options for when it became clear that weaning her off the ventilator
> would not be possible.
>
> Shelbra brought a sense of humanity and professionalism into a
> situation that was otherwise very emotionally difficult for my
> family. I am incredibly grateful for the way she supported us and
> advocated quality care for my mother.

May 5, 2025 Letter of Patty Cabrera, attached as Exhibit J.

Ms. Long's co-workers echo this high praise in their letters. For example, Dr. Anthony

Philips, who worked alongside the defendant for two years, extols;

> In my professional experience, Ms. Long has demonstrated an
> exceptional level of commitment, knowledge, and compassion in
> her role as a respiratory therapist. She consistently approached
> patient care with professionalism and empathy, even in
> high-pressure environments such as intensive care units. Her
> ability to remain composed and effective in critical situations made
> her a trusted and respected member of our multi disciplinary team.
>
> Beyond her technical expertise, Shelbra has always conducted
> herself with integrity and a strong sense of duty to her patients.
> She has been an advocate for those in her care, and a supportive
> colleague to those around her. I have witnessed her go out of her
> way to comfort families during difficult moments, and to explain
> complex medical situations in ways that patients and loved ones
> could understand.

May 10, 2025 Letter of Dr. Anthony Phillips, attached as Exhibit K; see also April 29, 2025

Letter of Kimberly Baldwin, attached as Exhibit L ("Shelbra was one of the most dedicated

professionals I've ever had on my team. Her work ethic was unquestionable, and her care for

patients was personal and profound").

Stephanie Williams, a certified nursing assistant who worked with Ms. Long during one

of her COVID-19 pandemic tours, recalls in her letter:

11

We were deployed together in Brownsville, Texas, assigned to the COVID-19 step-down unit and a time that was both physically and emotionally challenging for all of us.

I didn't have family nearby, nor did I have access to a vehicle.  I was incredibly grateful that Ms. Long offered me transportation each day.  We spent many nights confined to our hotel rooms, as the community around us remained in fear of the virus.  Our ability to shop or get fresh air was limited, and even on our one day off each week, we were unable to dine in restaurants due to restrictions.  It was an isolating time, but Shelbra made it bearable.  Her presence brought me a sense of safety, comfort, and companionship that I will never forget.

In the workplace, Shelbra treated her fellow staff with dignity and compassion.  She was always quick to lend a hand when a patient needed extra care.  No matter how demanding the shift was, she remained composed, respectful, and wholly committed to her patient's well-being.

Her kindness and confidence helped me grow in my own role.  When we were gradually demobilized and sent home, those of us remaining were truly sad to see her go.  Shelbra brought energy, insight, and even laughter to some of our darkest days.  She has a gift for making others feel at ease, even in the most stressful circumstances.

April 26, 2025 Letter of Stephanie Williams, CNA, attached as Exhibit M; see also Letter of James Cade, attached as Exhibit N ("Shelbra impressed me with her dedication and eagerness to learn.  She was not only a quick study, but she also showed genuine compassion and empathy for patients and these are qualities that can't be taught from a textbook").

As the letters attest, Ms. Long has also helped others study and become respiratory therapists.  For example, Jazz Ling recounts in his letter to Your Honor:

I met Shelbra in April 2017 while attending Radiation Therapy school at Cambridge College.  I had started the program before her, but after failing a class the previous quarter, I was placed into the upcoming cohort, which is where I met her.

12

> At that time, I was struggling academically and emotionally.  I was barely hanging on and questioning my ability to complete the program.  When Shelbra joined the class, she introduced herself with warmth and confidence.  Almost immediately, she invited me to be part of her study group.
>
> Shelbra naturally took a leadership role in our study sessions . She made sure every student had the chance to understand the lessons. She was patient, encouraging, and always willing to help anyone who was falling behind.  Her passion for learning and commitment to helping others truly made a difference in the class environment.
>
> <u>If not for Shelbra's guidance, support, and belief in me, I sincerely don't believe I would have passed my board certification</u>.

April 12, 2025 Letter of Jazz Ling, attached as Exhibit O (emphasis supplied); <u>see also</u> May 23, 2025 Letter of Javier Hernandez, attached as Exhibit P ("She's someone who lifts people up and brings a sense of encouragement and resilience wherever she goes").  And nurse and former fellow student Alisa Brewer adds: "Shelbra was always friendly and patient with us, often encouraging us to stay focused and do our best, even during the most stressful moments of our studies.  She offered her support without ever expecting anything in return."  April 23, 2025 Letter of Alisa Brewer, attached as Exhibit Q.

13

**D.**    <u>**CONCLUSION**</u>

Defendant Shelbra Long comes before this Court asking for mercy.  A difficult life has been forever marred by her criminal conduct.  Nevertheless, as the enclosed letters reveal, she is a decent and giving individual who unlike many defendants has made very sincere efforts to help family members, friends and even strangers throughout her life – including providing medical care during the height of the COVID-19 pandemic to infected patients – when no one was watching, when she had no need to impress a judge deciding her fate.  For these reasons and the others stated herein, a non-custodial sentence is respectfully requested.

Dated:    New York, New York
    July 18, 2025

Respectfully submitted,

**LAW OFFICES OF JEFFREY LICHTMAN**

By:    _____/S/_____

**JEFFREY EINHORN, ESQ.**
441 Lexington Avenue, Ste. 504
New York, New York 10017
Ph: (212) 581-1001
Fax: (212) 581-4999
einhorn@jeffreylichtman.com

Attorneys for Shelbra Long

14

# EXHIBIT A

April 24ᵗʰ, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Collene Williams, and I am the older sister of Ms. Shelbra Long. I am writing to offer a character reference on her behalf as she faces sentencing.

Shelbra and I were raised together off and on throughout the years. While we didn't always grow up in the same home, we shared many experiences that shaped who we are today. My stepfather always trusted Shelbra to make the right decisions over me. I don't like to admit it, but he was right to have that trust in her. She was always the responsible one.

I was raised predominantly by our maternal grandmother, while Shelbra took on a leadership role within our family from a young age after moving in with my mom. When people met our family for the first time, they were often confused about who was the oldest. That's because Shelbra naturally stepped into leadership and caregiving roles. My mom would sometimes look perturbed as to why people would ask who was the oldest. She tried to make me lead but I always got Shelbra to help me.

I remember when we were younger, Shelbra would always cook something for us even when no one had taught her how. She could make pancakes and even bake cakes but not cook. Our mom would come home late from work and say, 'Oh Lord, Shelbra, you're going to make these kids sick,' but then she'd taste the food and end up impressed. That was Shelbra always stepping up and doing her best to take care of others.

Shelbra has always stood out in a crowd, not for drawing attention to herself, but for offering help where it's needed. She's a natural leader, a compassionate caregiver, and someone people rely on.

I understand the seriousness of her situation, but I hope the court will take into account her lifelong pattern of service, responsibility, and care for others. One mistake should not define her or erase the many ways she has made a positive impact.

Sincerely,
Collene Williams

# EXHIBIT B

April 5ᵗʰ, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Shon Cotton, and I am writing this letter in support of my cousin, Shelbra Long. I've known Shelbra all my life, and over the years, we've built a strong bond not just through family ties but also through our shared interest in business and entrepreneurship.

Shelbra and I have spent countless hours over the years discussing business ideas, best practices, and how to navigate the ever-changing economic landscape. She has always valued my opinion, just as I have appreciated and trusted her advice. We often leaned on each other during times of professional uncertainty, especially during periods of economic downturn or shifts in the business climate that challenged our ability to move forward with our ventures.

What stands out most about Shelbra is her resilience and willingness to continue learning and adapting. She has always been passionate about creating opportunities, not just for herself, but for others as well. She is thoughtful, resourceful, and committed to growing as a person and a professional.

While I understand that Shelbra has pled guilty and now faces sentencing, I hope the Court will also consider the other side of who she is. She is a person of depth, capable of reflection and growth, and someone who has positively impacted those close to her. I truly believe she will use this experience to learn, rebuild, and give back.

Thank you for taking the time to consider my words.

Respectfully,
Shon Cotton

# EXHIBIT C

April 24th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Anita Lopez, and I am writing this letter to offer a character reference for Ms. Shelbra Long. I came to know Ms. Long when my brother, Thomas, was repeatedly admitted to DHR Hospital over a six-month period due to respiratory illness and tumors in his neck.

During this incredibly difficult time, Shelbra was a source of knowledge, comfort, and strength not only for my brother, but for my sister and me as well. She was highly knowledgeable about the respiratory and radiation therapy treatments he was receiving, and she always took the time to explain things to us in ways we could understand. Her patience and professionalism stood out, especially as we were struggling to cope with the fact that the caretaker of our family was now bedridden with a terminal illness.

Shelbra showed tremendous empathy, both in how she treated my brother and in how she supported our family through his transition. She was there when we couldn't accept what was happening, and she remained calm, kind, and respectful in every interaction.

I wanted to share this perspective because it speaks volumes about the kind of person Shelbra Long is. She is someone who brings compassion, skill, and humanity to every person she encounters. I hope the Court will take this into consideration.

Respectfully,
Anita Lopez

# EXHIBIT D

April 20th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

I am the mother of Ms. Shelbra Long. I am writing this letter to speak for my daughter as she faces sentencing.

Shelbra has always been a strong, caring, and dependable daughter. From a young age, she showed empathy and leadership. I watched her grow into a devoted healthcare worker and a loving mother. She helped me when I was ill and never once let her responsibilities falter.

While I know the court must do its duty considering her conviction, I ask that you also consider her life's work and the countless lives she has impacted. My daughter has always tried to do good and serve others, and I believe she still has that goodness in her. Even though Shelbra was my second-born, she has always taken the leadership role and watched over her siblings. Her grandmother taught her how to bake cakes, clean the house, and babysit by the age of seven.

I take fault in placing a lot of responsibilities on her when she came to live with me around the age of five. She has always done what I asked and ran the household while I worked late shifts at the Cone Mill at that time. She has carried those responsibilities with grace ever since.

My husband and I have been sick lately and can't get around like we used to. However, we will be in the courtroom by spirit and pray for her.

With humility, I ask that you look at the full picture of her life. A life marked by service, sacrifice, and love for family and community.

Sincerely,
Shirley Tate

# EXHIBIT E

April 20th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

I am Shirley Dorlissa DeWitt, sister of Ms. Shelbra Long. I know my sister is facing sentencing after being convicted of a serious crime, and it's difficult to put into words what this moment means for our family.

Shelbra has always been someone we could count on. She's the one who steps up when someone is sick, when there's a crisis, or when a child needs help with school. She's not just my sister. She has been a caretaker and leader for so many. Her life hasn't been easy, but she's always putting others ahead of herself.

Shelbra encouraged me to go to nursing school. We spent many nights going back and forth about how important it is for me to learn how to assess patients and not fully rely on the respiratory therapists, because it is part of a nurse's duty to help the doctor derive at his diagnosis. I know that she was only helping me, but being that I'm her baby sister, I always felt the need to irritate her through most of our debates about the medical field. Shelbra is a fun-loving person that everyone loves to socialize with. She keeps us laughing. The entire family counts on her to throw the best family reunions, because she is a great cook and event planner.

Growing up, I saw how Shelbra took on responsibilities well beyond her years, often helping care for my brother and I and running the household when our mother had to work late. She used to babysit and wash clothes for my moms' friends occasionally to make a few dollars. She learned early how to support others, and that spirit of service has stayed with her throughout her life. Even in difficult circumstances, she chose compassion over bitterness.

I don't deny that she has made mistakes, but I ask the court to weigh her decades of compassion and service when determining her sentence. Her poor judgment and actions should not erase a lifetime of selflessness and integrity.

With heartfelt sincerity,
Shirley Dorlissa DeWitt, RN

# EXHIBIT F

June 6th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Joseph Baker, and I am the son of Ms. Shelbra Long. I am writing to you with great emotion as my mother prepares for sentencing following her conviction of a serious crime.

Throughout my life, my mother has been more than a healthcare professional. She has been my constant support, my guide, and my most outstanding example of resilience and compassion. Even during my lowest moments, when I was on the wrong path and failed a course or dropped out of college just before finishing, she never gave up on me. She stood by me with patience and love, encouraging me to get back up and find purpose again. I cannot imagine my life without her. I love her deeply and appreciate everything she has done for me.

What many people don't know is that my mother is a survivor of abuse. My father was physically and emotionally abusive to her throughout much of my childhood. This has shaped my early life in ways that I still struggle to process fully.

*When I was about 9 years old, there was a time when my mom tried to escape from my dad to find safety and peace of mind. My dad went around town looking for her. He eventually found her at the movie theater, where he physically dragged her from a lounge chair and forced her back into the car against her will.*

*On another occasion, I had forgotten my homework at home and returned from the bus stop to get it. When I entered the house, I saw my dad trying to force himself on my mom.*

My mother endured years of abuse yet still managed to raise her children with love, patience, and strength. She protected us to the best of her ability, and she persevered even when life was cruel and unsafe. Her strength and grace through those painful experiences shaped who I am today.

My mother has never been perfect, and neither has I. We've both made poor decisions in the past, but we've also acknowledged those mistakes and are actively working to make better choices. We now strive to live lives that contribute positively to society, honoring others and the laws that govern us.

1

I do not excuse the mistake she has made, but I know with certainty that it does not define who she is. She raised me with values rooted in faith, hard work, and a commitment to serving others. I've seen her sacrifice sleep and peace of mind for the well-being of her patients and the people she loves. Her heart is kind, her spirit is generous, and her impact is lasting.

Your Honor, I humbly ask that you consider the life of care, service, and love my mother has lived when considering her sentence. She is cherished by many and still has so much good to offer this world.

**Respectfully,**
Joseph Baker

# EXHIBIT G

June 6th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is LaShainna Baker, and I am writing this letter on behalf of my mother, Ms.
Shelbra Long. I am currently completing my nursing education, and throughout this
demanding journey, my mother has been my greatest source of support, strength, and
encouragement.

My mother has been gracious enough to care for my son, O▮▮▮, while I pursue my
nursing degree. She has stepped into the role of caregiver with love and dedication,
providing him with stability, nurturing, and the emotional foundation every child needs.
As I transition into motherhood again with my newborn daughter, K▮▮▮, my mother
continues to assist me while gradually helping O▮▮▮ acclimate to being with me more,
so our family can adjust smoothly and lovingly.

Her support hasn't only been emotional or physical. It has also been academic. From the
very beginning of my nursing studies, she has encouraged me to strive higher, stay
focused, and never settle for less. Her belief in my potential has carried me through the
toughest of times, and I wouldn't be where I am without her guidance.

Beyond our family, my mother has dedicated over 30 years to serving others as a
respiratory therapist. Her compassion, work ethic, and care have positively impacted
countless lives: patients, coworkers, and her own children included.

What many people do not know is that my mother is also a survivor of domestic abuse. I
witnessed it firsthand as a child, and it is a memory that has stayed with me all these
years. I would like to share one particular incident that shaped my understanding of the
trauma she endured:

1

"When I was just eight years old, I was at my granny's house. I remember feeling really scared because everything was really quiet at first. Then my dad got mad at my mom, and I didn't understand why. I didn't know what was wrong, but I could tell he was really angry.

My mom tried to get away from him because he was hitting her, and she ran outside really fast. I ran behind her because I was scared and didn't want her to be all alone. Then I saw my dad come outside, and he pulled out a gun and pointed it at my mom. I was so scared and I didn't know what he was going to do.

My mom ran into the neighbor's yard behind the trees, trying to hide. My dad got into a white Jeep truck and started chasing after her. He tried to run her over, and I felt like my heart was pounding so hard it hurt. I just wanted everything to be okay, but I didn't know how to make it stop. I was so scared and confused, and I didn't understand what was happening."

My mother endured that trauma with grace and courage. She protected me the best she could and still managed to raise her children with love, teach us the value of service, and instill in us the strength to heal and move forward. Her resilience is something I carry with me every day.

I am aware of the legal circumstances that bring her before the court, but I hope my words offer a glimpse into the incredible woman she is. Her mistake does not define her. Her life of service, love, and perseverance in the face of unimaginable pain speaks volumes.

I respectfully ask that you take into account the good she has done and continues to do, not only for her community, but for her family.

Sincerely,

LaShainna Baker

# EXHIBIT H

April 24th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Octavis Tate Jr., and I am the stepfather of Ms. Shelbra Long. I am writing to offer this statement on her behalf as she faces sentencing.

I always say that Shelbra is the best out of the kids. I met her when she was about 13 years old, and from the very beginning, she was the only one who treated me decently and gave me a fair chance to be their stepdad. Eventually, the two younger children accepted me too, but only after they stopped following the lead of their oldest sister when she came over. Shelbra was the one who welcomed me with kindness and respect.

She truly cares for me. She regularly sends herbs and supplements through the mail, trying to help me manage and heal from chronic kidney disease. That's just the kind of person she is nurturing, thoughtful, and always looking out for the well-being of others.

Even when her mother and I have disagreements, Shelbra doesn't hesitate to tell us both when we're wrong. She is fair, balanced, and honest. Shelbra has always been an inspiration to me. She's accomplished so much in life, well far more than most people who are content with just one career or one basic job. Through it all, she carries herself with grace. She's always smiling and keeping her head up, even when things are difficult. At least that's the strength she shows to the world.

To me, Shelbra is a Godsend. Her mother won't say it out loud, but I believe Shelbra is the child she most admires, even if that admiration comes with more pressure and greater expectations. Shelbra is deeply loved by our family and extended relatives. She's the one who takes charge and gets things done whenever she visits and anything that she can get done over the phone and Internet.

I hope the court will see not just the charges against her, but also the life she has lived which is a life of dedication, compassion, and service to those around her.

Sincerely,
Octavis Tate Jr.

# EXHIBIT I

May 28th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Esmeralder Perez. Ms. Shelbra Long cared for my father in his final days before transferring to the hospice division and passed away a few days later. I am writing to express my support for her as she appears before you for sentencing following a serious conviction.

In my view, Ms. Long exemplified care, patience, and human dignity. She listened to my father's needs, sat beside me when I was scared, and brought peace to me in an incredibly hard time.

Although I don't know the circumstances of her conviction, I do know that the person I saw in that hospital room was someone who gave herself fully to helping others.

I ask that you consider her decades of service and the many lives she's helped, including ours.

Sincerely,
Esmeralder Perez

# EXHIBIT J

May 5th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Patty Cabrera, and I am writing this letter to provide a character reference for Ms. Shelbra Long. My mother was hospitalized for over a month, during which she was transferred between different ICU units and medical floors. This was an incredibly stressful time for me and my family.

During this period, we encountered a variety of medical staff: some of whom, unfortunately, seemed disengaged and lacked enthusiasm for patient care. But Ms. Shelbra Long stood out. She consistently showed empathy, compassion, and a deep concern not only for my mother as a patient, but for our family as well.

I remember vividly how overwhelmed I felt, especially with our intensivist, whom I did not feel provided compassionate or clear communication. Shelbra, on the other hand, took the time to explain my mother's condition and the challenges involved with her being on a ventilator. She walked us through what to expect moving forward and even discussed possible long-term care options for when it became clear that weaning her off the ventilator would not be possible.

Shelbra brought a sense of humanity and professionalism into a situation that was otherwise very emotionally difficult for my family. I am incredibly grateful for the way she supported us and advocated quality care for my mother.

I hope that the Court will consider this testimony to the type of person Shelbra is a skilled and compassionate healthcare professional who made a difference in our lives.

Respectfully,
Patty Cabrera

# EXHIBIT K

May 10th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Dr. Anthony Phillips, and I am a practicing physician who has had the pleasure of working alongside Ms. Shelbra Long in a clinical setting for two years. I am writing to offer a character reference on her behalf as she appears before the Court for sentencing.

In my professional experience, Ms. Long has demonstrated an exceptional level of commitment, knowledge, and compassion in her role as a respiratory therapist. She consistently approached patient care with professionalism and empathy, even in high-pressure environments such as intensive care units. Her ability to remain composed and effective in critical situations made her a trusted and respected member of our multidisciplinary team.

Beyond her technical expertise, Shelbra has always conducted herself with integrity and a strong sense of duty to her patients. She has been an advocate for those in her care, and a supportive colleague to those around her. I have witnessed her go out of her way to comfort families during difficult moments, and to explain complex medical situations in ways that patients and loved ones could understand.

While I do not make light of the legal circumstances that bring her before the Court, I do believe it is important to acknowledge the years of dedication she has given to the healthcare field. Shelbra is someone who has made a meaningful difference in the lives of countless patients and their families.

Thank you for taking this letter into consideration as part of your sentencing decision.

Respectfully,

Dr. Anthony Phillips

# EXHIBIT L

April 29th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

I am Kimberly Baldwin, Respiratory Therapy Supervisor at Regency Hospital, where Ms. Shelbra Long worked under my leadership in the past. I'm writing to share my perspective as her supervisor during that time.

Shelbra was one of the most dedicated professionals I've ever had on my team. Her work ethic was unquestionable, and her care for patients was personal and profound. She earned the respect of our entire staff and contributed significantly to the quality of care we delivered.

I was saddened to hear about her legal issues, but I still stand by the many years of good she did in her role. I hope this court considers the impact she's had on our team and the countless patients she served.

Respectfully,
Kimberly Baldwin

# EXHIBIT M

April 26th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Stephanie Williams, and I am a certified nursing assistant who had the privilege of working closely with Ms. Shelbra Long during the height of the COVID-19 pandemic. We were deployed together in Brownsville, Texas, assigned to the COVID-19 step-down unit and a time that was both physically and emotionally challenging for all of us.

I didn't have family nearby, nor did I have access to a vehicle. I was incredibly grateful that Ms. Long offered me transportation each day. We spent many nights confined to our hotel rooms, as the community around us remained in fear of the virus. Our ability to shop or get fresh air was limited, and even on our one day off each week, we were unable to dine in restaurants due to restrictions. It was an isolating time, but Shelbra made it bearable. Her presence brought me a sense of safety, comfort, and companionship that I will never forget.

In the workplace, Shelbra treated her fellow staff with dignity and compassion. She was always quick to lend a hand when a patient needed extra care. No matter how demanding the shift was, she remained composed, respectful, and wholly committed to her patients' well-being.

Her kindness and confidence helped me grow in my own role. When we were gradually demobilized and sent home, those of us remaining were truly sad to see her go. Shelbra brought energy, insight, and even laughter to some of our darkest days. She has a gift for making others feel at ease, even in the most stressful circumstances.

I am aware of her current conviction and the seriousness of her legal case. However, I hope to offer some perspective on the person I came to know: a woman of service, strength, and humanity.

I respectfully ask that you consider the compassion and dedication Ms. Long has shown over decades of caregiving when making your decision.


With respect,
Stephanie Williams, CNA

# EXHIBIT N

April 2nd, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is James (JC) Cade, and I am a retired respiratory therapist. I am writing this letter to provide a character reference for Ms. Shelbra Long. I first met Shelbra around 2003, when she was working in surrounding Metro Atlanta in respiratory therapy. At that time, I was a veteran in the field and took her under my wing to mentor her, hoping to pass along my knowledge and experience to the next generation.

From the very beginning, Shelbra impressed me with her dedication and eagerness to learn. She was not only a quick study, but she also showed genuine compassion and empathy for patients and these are qualities that can't be taught from a textbook. After I retired in 2003, I remained confident that Shelbra continued to apply the principles and techniques I had shared with her and that she also passed them on to others in the profession.

We have remained friends for many years, and I've continued to see the qualities that made her a strong and trustworthy professional. Shelbra is a hard worker, and she carries herself with confidence, but never without kindness. Her ability to stay grounded, even under pressure, is what makes her stand out among others in our field.

I hope the Court will take my words into account when considering the character of Ms. Shelbra Long. She has made meaningful contributions to the healthcare community and continues to be someone I am proud to call a friend.

Respectfully,
James (JC) Cade

# EXHIBIT O

April 12th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Jazz Ling, and I am writing to provide a character reference for Ms. Shelbra Long. I met Shelbra in April 2017 while attending Radiation Therapy school at Cambridge College. I had started the program before her, but after failing a class the previous quarter, I was placed into the upcoming cohort, which is where I met her.

At that time, I was struggling academically and emotionally. I was barely hanging on and questioning my ability to complete the program. When Shelbra joined the class, she introduced herself with warmth and confidence. Almost immediately, she invited me to be part of her study group.

Shelbra naturally took a leadership role in our study sessions. She made sure every student had the chance to understand the lessons. She was patient, encouraging, and always willing to help anyone who was falling behind. Her passion for learning and commitment to helping others truly made a difference in the class environment.

If not for Shelbra's guidance, support, and belief in me, I sincerely don't believe I would have passed my board certification. She has been both an inspiration and a blessing in my life. Even after graduation, she remained a friend and a source of encouragement.

I hope the Court will take into account the impact Shelbra has made on the lives of those around her. Her character is defined by service, leadership, and compassion.

Respectfully,

Jazz Ling

# EXHIBIT P

May 23rd, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Javier Hernandez, and I am writing this letter to offer a character reference for Ms. Shelbra Long. I first met Shelbra as a fellow student in the Radiation Therapy program at Cambridge, and we have remained friends for over eight years.

During our time in school, Shelbra and I were study partners who motivated each other to succeed. We often engaged in friendly competition to see who would score higher on tests, and those moments brought out our best. Shelbra was always dedicated, hardworking, and passionate about mastering the material and not just for grades, but because she truly cared about the patients she would one day serve.

Since our time at Cambridge, Shelbra has continued to show that same dedication in her career and friendships. Her commitment to doing her best, her willingness to help others, and her integrity have always stood out to me. She's someone who lifts people up and brings a sense of encouragement and resilience wherever she goes.

While I understand the seriousness of the situation before the Court, I hope this letter helps provide insight into the true character of Shelbra Long. She's someone who strives to be better, supports others, and cares deeply about her work and the people around her.

Thank you for your time and consideration.

Respectfully,
Javier Hernandez

# EXHIBIT Q

April 23rd, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Alisa Brewer, and I am writing this letter in support of Shelbra Long. I met Shelbra through her daughter, LaShainna, while LaShainna and I were in nursing school. During that time, we often spent long hours on the phone studying for exams and preparing for the NCLEX. Through those many conversations, I had the opportunity to get to know Shelbra and witness her warmth, kindness, and generosity.

Shelbra was always friendly and patient with us, often encouraging us to stay focused and do our best, even during the most stressful moments of our studies. She offered her support without ever expecting anything in return. She never asked for money or compensation: only that we give our best efforts and take care of ourselves. Her support came from a genuine place of care and compassion.

I understand that Shelbra is facing sentencing after pleading guilty to a crime. However, I hope that my letter helps the Court see another side of her character. She is a good person who has had a positive influence on those around her, including myself. She consistently demonstrates kindness, humility, and a willingness to help others.

I believe in second chances and in the ability of people to grow from difficult experiences. Based on the person I've come to know, I am confident that Shelbra will take responsibility and work hard to rebuild trust and continue making a positive impact in her community.

Thank you for taking the time to read my letter.

Respectfully,
Alisa Brewer, RN

# EXHIBIT R

April 28ᵗʰ, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Allison Williams, and I am a friend of LaShainna Baker, the daughter of Ms. Shelbra Long. I am writing this letter as a character reference on behalf of Ms. Long, whom I've known and admired for nearly a decade.

I met Shelbra about 10 years ago when LaShainna and I worked together as CNAs at Wellstar in Atlanta. We quickly became best friends, and during that time, she introduced me to her mom. Shelbra had such a warm and pleasant personality. She was always caring, especially towards her children.

My own mother never treated me the way Shelbra treated LaShainna, and our other friends felt the same. We all started affectionately calling her 'Moms,' and she didn't seem to mind

at all. We would often tell LaShainna how lucky she was to have a mom who would do anything for her. I don't think she fully realized it until the last few years, especially after becoming a mother herself.

Whenever I speak to LaShainna and Shelbra are around, she always gets on the phone to say hello. She used to ask about my mother frequently, until my mom passed away last year. Shelbra is incredibly giving and genuinely wants to see others succeed. It's not often that you meet someone like that.

She has been a great mom, not just to her children, but to many of us who needed that kind of loving presence in our lives. And she has been a true friend to me.

I understand the seriousness of the situation she is in, but I hope you will also see the kindness, generosity, and compassion that so many of us have witnessed from her over the years.

Sincerely,
Allison Williams, CNA

April 10th, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is John Conlan, and I am writing this letter in support of Shelbra, whom I have known since last year. We met through her son, Joseph, and since then, I have had the privilege of getting to know her as both a mentor and a friend.

Although I am aware that Shelbra has pled guilty to a crime and is now facing sentencing, I respectfully ask the Court to consider the character I have come to know. From the beginning, Shelbra has shown herself to be a woman of insight, generosity, and integrity. She has provided me with invaluable guidance regarding business investors, LLC structuring, and partnerships while always encouraging me to make decisions rooted in accountability and responsibility.

What sets Shelbra apart is her willingness to help others without asking for anything in return. Whenever I've needed clarity or support, she has made herself available, offering thoughtful advice and sound judgment. She genuinely wants others to succeed, and her impact on my life and others in our circle is meaningful and sincere.

I understand the seriousness of the situation before the Court, but I also believe in the capacity for redemption and growth. Based on the person I have come to know, I believe Shelbra deeply regrets her actions and has the strength and determination to rebuild and give back to her community.

Thank you for considering my perspective during this process.

Respectfully,
John Conlan

April 2nd, 2025

Hon. Anne M. Nardacci
United States District Judge
445 Broadway
Albany, New York 12207

Dear Judge Nardacci,

My name is Benny Benson, and I am writing this letter in support of Ms. Shelbra Long. I met Shelbra about six years ago through her son Joseph, and over time, she became someone I deeply respect and admire.

When I first met Shelbra, I was in a relationship that was facing some challenges. Without judgment or pressure, she took the time to counsel both me and my then-girlfriend, offering wisdom, perspective, and encouragement. Her insight into communication, patience, and respect helped us build a stronger bond. Today, I have been happily married for over two years and we now have two children. I genuinely believe that her guidance played a meaningful role in helping us grow and stay together.

Even now, when I encounter challenges in life or relationships, Shelbra is someone I can turn to. She has always been thoughtful, honest, and supportive. Her ability to listen without judgment and to give advice from a place of care and experience is something that makes a lasting impact.

I share this with the Court because I believe it's important to recognize the quiet ways in which a person like Shelbra makes a difference in the lives of others. She is someone I trust, and I hope you will consider this when weighing her character.

Respectfully,

Benny Benson